**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANQUINETTE EVANS, for herself and on
behalf of those similarly situated,

                Plaintiff,

-vs-                                              Case No. 3:15-cv-970-J-34JBT

RIGHT PATH BEHAVIORAL HEALTH
SERVICES, LLC,

                Defendant.
_____

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Dkt. No. 37; Report), entered on August 5, 2016, recommending that the Amended Joint Motion for Approval of Settlement (Dkt. No. 36; Motion) be granted, that the FLSA Settlement Agreements and Releases (Dkt. No. 36-1) be approved, and that this case be dismissed with prejudice. See Report at 1-2, 8. On August 9, 2016, the parties filed a notice advising the Court that they do not have any opposition to the Report. See Joint Notice of Non-Opposition to Report and Recommendation (Dkt. No. 38; Notice).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de

novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions.  Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime wages.  See Complaint (Dkt. No. 1).  Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.  See Motion (Dkt. No. 36).  Upon review of the record, including the Report, Motion, and FLSA Settlement Agreements and Releases, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claims.  Accordingly, the Court will accept and adopt Judge Toomey's Report.

In light of the foregoing, it is hereby **ORDERED:**

1.  Magistrate Judge Joel B. Toomey's Report and Recommendation (Dkt. No. 37) is **ADOPTED** as the opinion of the Court.

2.  The Amended Joint Motion for Approval of Settlement (Dkt. No. 36) is **GRANTED**.

3.  For purposes of satisfying the FLSA, the FLSA Settlement Agreements and Releases (Dkt. No. 36-1) are **APPROVED**.

4.  This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of August, 2016.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record